UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-22759-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,

      Plaintiff

v.

FIFTY THOUSAND TWO HUNDRED
DOLLARS ($50,200.00) IN U.S. CURRENCY,

      Defendant.
_____/

**UNITED STATES' AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFAULT AND DEFAULT AGAINST THE DEFENDANT AND ALL POTENTIAL CLAIMANTS**

STATE OF FLORIDA    )
                           ) ss
COUNTY OF DADE    )

      LORNETTE A. REYNOLDS, being first duly sworn, deposes and says that:

      1.    I am an Assistant United States Attorney and attorney of record for Plaintiff, United States of America, and have personal knowledge of the facts set forth in this affidavit.

      2.    Plaintiff, United States of America, filed a civil in rem forfeiture action against Defendant on October 10, 2003 pursuant to 21 U.S.C. § 881 (a)(6) arising from violations of 21 U.S.C. § 846 on grounds that the property constitutes illegal narcotics proceeds. [D.E. # 1].

      3.    The Warrant of Arrest In Rem/Summons was issued on October 17, 2003 [D.E. # 4].

      4.    The Warrant of Arrest In Rem/Summons was served on the defendant on October 22, 2003 [D.E. # 5].

      5.    Public Notice of Action and Arrest was published in the Miami Daily Business

Review on November 6, 2003 [D.E. # 6].

6. Alberto Torres was served with the Complaint and Warrant on December 1, 2003.[1]

7. More than thirty (30) days, the time period for filing a timely claim, have elapsed from the date of service of the defendant property, Alberto Torres, and the date of publication. No claim or answer has been filed.

8. This Affidavit is executed by affiant in accordance with Rule 55(a), Fed. R. Civ. P., for the purpose of enabling Plaintiff herein to obtain an entry of default judgment against defendant property and all claimants for failure to claim or answer as to Plaintiff's Verified Complaint.

Respectfully submitted,

MARCOS D. JIMENEZ
UNITED STATES ATTORNEY

LORNETTE A. REYNOLDS
Assistant U.S. Attorney
Florida Bar No. 035955
99 N.E. 4 Street, #700
Miami, Florida 33132
Tel: (305)961-9294
Fax: (305)536-7599

SWORN TO AND SUBSCRIBED BEFORE ME
this /6 th day of January, 2004.

NOTARY PUBLIC, State of Florida
My Commission Expires:



RUBIA V. WEEKS
MY COMMISSION # DD 007224
EXPIRES: April 1, 2005
Bonded Thru Notary Public Underwriters

---

[1] Torres acknowledged in his plea proffer that the funds were intended to pay for the narcotics involved in the violations to which he plead guilty in the criminal case. He's presently incarcerated. It is unlikely that having plead to the offense and acknowledged that the currency was intended to be used in a drug transaction, that he would contest the forfeiture or prevail if he did.