UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 03-22759-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FIFTY THOUSAND TWO HUNDRED
($ 50,200) DOLLARS IN U.S. CURRENCY,
    Defendant.
_____/



FILED by QX D.C.
FEB 03 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## FINAL DEFAULT JUDGMENT OF FORFEITURE

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment of Forfeiture, filed February 2, 2004.

THIS COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff filed a civil *in rem* forfeiture action against Defendant currency on October 10, 2003 pursuant to 21 U.S.C. § 881(a)(6) arising from violations of 21 U.S.C. § 846. The Warrant of Arrest was issued on October 17, 2003, and Defendant was served with the Warrant of Arrest and the Verified Complaint on October 22, 2003. A Public Notice of Action and Arrest was published in the *Miami Daily Business Review* on November 6, 2003. Alberto Torres was served with the complaint and warrant on December 1, 2003, and the time periods for filing a timely claim and answer under Admiralty and Maritime Rule C(6) have now elapsed from the date of service and the date of publication. On January 22, 2004 the Clerk of the Court entered default against Defendant, and on February 2, 2004 the United States filed the pending motion seeking final default judgment pursuant to Fed. R. Civ. P. 55(b)(2). After considering the record, the Court finds it is hereby



ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment of Forfeiture is GRANTED, and default judgment is entered against Defendant and all potential claimants for failure to plead, answer, or otherwise defend against said cause as required by law. Defendant currency is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1) and 21 U.S.C. § 881(a)(6) and shall be disposed of in accordance with the law.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of February, 2004.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record